

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00215-CV

LUIS ALBERTO CRUZ                                 APPELLANT

V.

UNIVERSITY LITTLE LEAGUE AND             APPELLEES
UNIVERSITY ATHLETIC
ASSOCIATION, INC.,
INDIVIDUALLY  AND D/B/A
UNIVERSITY LITTLE LEAGUE

------------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

In an order dated December 19, 2013, we granted appellant's second motion for final extension of time to file appellant's brief to January 2, 2014.  We stated that no further extensions would be granted and that failure to file

---

[1]*See* Tex. R. App. P. 47.4.

appellant's brief by January 2, 2014 would result in dismissal of appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: January 16, 2014